1  DAVID N. BARRY, ESQ. (SBN 219230)
2  ANNA H. GALAVIZ, ESQ. (SBN 293651)
   THE BARRY LAW FIRM
3  11845 W. Olympic Blvd., Suite 1270
   Los Angeles, CA 90064
4  Telephone: 310.684.5859
   Facsimile: 310.862.4539

5  Attorneys for Plaintiff, GILBERTO PEREZ

6  H. PAUL EFSTRATIS, ESQ. (SBN 242373)
   LEWIS BRISBOIS BISGAARD & SMITH LLP
7  45 Fremont Street, Suite 3000
   San Francisco, California 94105
8  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882

9  Attorney for Defendant, FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01380-DJC-DB<br><br>(Removed from Sacramento County – Case No. 34-2022-00322216)<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 21, 2022<br>Trial Date: None<br><br>*District Judge: Hon. Daniel J. Calabretta* |

Plaintiff, Gilberto Perez, and Defendant, Ford Motor Company, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

-1-

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1.     WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Date: May 17, 2023     **THE BARRY LAW FIRM**

By:     /s/ Anna H. Galaviz
David N. Barry, Esq.
Anna H. Galaviz, Esq.
Attorneys for Plaintiff,
GILBERTO PEREZ

Date: May 17, 2023     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     /s/ H. Paul Efstratis (as authorized on May 17, 2023)
H. Paul Efstratis
Attorney for Defendant,
FORD MOTOR COMPANY

**IT IS SO ORDERED.**

Date:  May 17, 2023     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-2-

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**